IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., *et al*.,[1]<br><br>Debtor.<br>Citadel Watford City Disposal Partners, L.P., *et al*.,<br><br>Plaintiffs,<br>  v.<br>   H20 Partners, L.P.<br><br>Defendant. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br><br><br>Adv. Proc. 16-51552 (KJC) |

## NOTICE OF DISMISSAL

Plaintiffs Citadel Watford City Disposal Partners, L.P., *et al*. (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby dismiss the above-captioned adversary proceeding with prejudice, with each party bearing its own attorney's fees and costs.

Dated: February 24, 2017          GELLERT SCALI BUSENKELL & BROWN, LLC

　　　　　　　　　　　　　　　　　　*/s/ Michael Busenkell*
　　　　　　　　　　　　　　　　　　Michael Busenkell (DE 3393)
　　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 300
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: 302-425-5812
　　　　　　　　　　　　　　　　　　Facsimile:  302-425-5814
　　　　　　　　　　　　　　　　　　Email: mbusenkell@gsbblaw.com
　　　　　　　　　　　　　　　　　　*Counsel to Debtors and Debtors-in-Possession*

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is, Gavin/Solmonese 919 North Market Street, Suite 600, Wilmington, DE 19801.